**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEMARICO HAY,                                                                                 PLAINTIFFS
ADC #151513

v.                              5:12CV00462-DPM-JTK

ARKANSAS DEPARTMENT OF
CORRECTION; et al.                                                   DEFENDANTS

## ORDER

On March 29, 2013, copies of the March 15, 2013 Order, and Partial Report and Recommendation (Doc. Nos. 6, 7) were returned to Sender (Doc. Nos. 9, 10).[1]

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

---

[1] In addition, as of this date, Plaintiff is no longer listed as an inmate with the Arkansas Department of Correction on their website.

IT IS SO ORDERED this 2nd day of April, 2013.

                                                                          _____
                                                                          JEROME T. KEARNEY
                                                                          UNITED STATES MAGISTRATE JUDGE