IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMARCO JAMOND HAY
ADC # 151513                                                                                PLAINTIFF

v.                                      No. 5:12-cv-462-DPM-JTK

ARKANSAS DEPARTMENT OF
CORRECTION *et al.*                                                                DEFENDANTS

ORDER

In mid-March, Magistrate Judge Kearney ordered service on Lyndon C. Allen and recommended dismissal of all other defendants for failure to state a claim. *Document Nos. 6 & 7.* Hay has not objected to the recommendation; his mail is being returned as undeliverable. *Document Nos. 9 & 10.* Unless Hay provides the Court a current address by 19 April 2013, the Court will dismiss the complaint without prejudice for not maintaining a current address. *Local Rule 5.5(c).*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2013