IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMARCO JAMOND HAY
ADC # 151513                                                            PLAINTIFF

v.                          No. 5:12-cv-462-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; VARNER UNIT;
JOE PAGE, III, Warden, Varner Unit, ADC;
KEISHAUNDRA MALONE, Captain,
Varner Unit, ADC; DARYL GARDNER,
Sgt., Varner Unit, ADC; and
LYNDON CORDELL LLEN                                                     DEFENDANTS

JUDGMENT

Hay's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2013